UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAN CERJANEC, RODRIGO
BRAVO, MARK MODLIN,
and WILLIAM WINFREY,
on behalf of themselves and all
others similarly situated,

    Plaintiffs,

vs

FCA US LLC,

    Defendant.

Case No. 17-10619

Hon.  Laurie J. Michelson

**COLLECTIVE ACTION FOR FEDERAL ADEA CLAIM CLASS ACTION FOR ELCRA STATE CLAIM**

| | |
|---|---|
| AKEEL & VALENTINE, PLC<br>Shereef H. Akeel (P54345)<br>Hasan Kaakarli (P81099)<br>Adam S. Akeel (P81328)<br>Attorneys for Plaintiff<br>888 W. Big Beaver Road, Suite 420<br>Troy, MI 48084<br>(248) 269-9595<br>shereef@akeelvalentine.com<br>hasan@akeelvalentine.com<br>adam@akeelvalentine.com | MILLER CANFIELD<br>Jerome R. Watson (P27082)<br>Misbah Shahid (P73450)<br>Attorneys for Defendant<br>150 W. Jefferson Ave., Suite 2500<br>Detroit, MI 48226<br>watson@millercanfield.com<br>shahid@millercanfield.com |
| PITT, MCGEHEE, PALMER & RIVERS<br>Michael L. Pitt (P24429)<br>Megan A. Bonanni (P52079)<br>Robert W. Palmer (P31704)<br>Cary S. McGehee (P42318)<br>Beth M. Rivers (P33614)<br>Attorneys for Plaintiffs<br>117 W. Fourth Street, Ste. 200 | LITTLER MENDELSON, P.C.<br>Daniel E. Turner (GA 719330)<br>Jacqueline Phipps Polito (NY Bar No. 2582690)<br>Tasha K. Inegbenebor (GA 382905)<br>Attorneys for Defendant<br>3344 Peachtree Rd. NE, Ste. 1500 |

Royal Oak, MI 48067  
(248) 398-9800  
mpitt@pittlawpc.com  
mbonanni@pittlawpc.com  
rpalmer@pittlawpc.com  
cmcgehee@pittlawpc.com  
brivers@pittlawpc.com  

Atlanta, GA 30326  
(404) 233-0330  
dturner@littler.com  
*Admitted to the Eastern District of Michigan on June 23, 2011*  
jpolito@littler.com  
*Admitted to the Eastern District of Michigan on May 18, 2017*  
tinegbenebor@litller.com  
*Admitted to the Eastern District of Michigan on May 11, 2017*  

## **PLAINTIFFS' SIGNED CONSENT TO JOIN CLASS/COLLECTIVE ACTION FORMS**

**NOW COME** Plaintiffs, DAN CERJANEC, RODRIGO BRAVO, MARK MODLIN, and WILLIAM WINFREY, by and through their attorneys, AKEEL & VALENTINE, PLC, and PITT, MCGEHEE, PALMER, AND RIVERS, and hereby file the following individual *Signed Consent to Join Class/Collective Action Forms*:

## **NAMES OF SIGNED CONSENT TO JOIN FORMS**

A. Dan Cerjanec

B. Rodrigo Bravo

C. Mark Modlin

D. William Winfrey

E. Don Behm

F. Daniel Black

G. Mark Couwlier

H. Joseph Geraci

I. Richard Goulette

J. Thomas Kudzia

K. George Marquer

L. Kenneth McClatchey

M. Rafael Osorio

N. James Schantz

O. Mark Villaire

P. Reginald Zalewski[1]

Q. Darlene Collins

R. Kurt Foht

S. Chris Saari

T. John Shapas

U. Ronald Stene

V. Robert Stevens

W. Ken Trombley

X. Michael Wesley

Y. Melvin Wilkerson

---

[1] Named and putative Plaintiffs listed above as Exhibits A-P have previously attached their Consent to Join Forms as Exhibit D of *Plaintiffs' Reply to Defendant's Response to Plaintiffs' Motion for Conditional Certification, Judicial Notice, and Motion to Compel*. (Dkt. 78-4, Pg.ID # 2836-2884).

                                          Respectfully submitted,
                                          AKEEL & VALENTINE, PLC

                                          /s/:  SHEREEF H. AKEEL
                                    By: Shereef H. Akeel (P54345)
                                          Hasan Kaakarli (P81099)
                                          Adam Akeel (P81328)
                                          Attorneys for Plaintiffs
                                          888 West Big Beaver Road, Ste. 420
                                          Troy, MI  48084
                                          (248) 269-9595

                                          PITT, MCGEHEE, PALMER & RIVERS, P.C.
                                          Michael L. Pitt (P24429)
                                          Cary S. McGehee (P42318)
                                          Robert W. Palmer (P31704)
                                          Beth M. Rivers (P33614)
                                          Megan A. Bonanni (P52079)
                                          117 W. Fourth Street, Suite 200
                                          Royal Oak, MI 48067

Dated:  May 29, 2019                      (248) 398-9800

# CERTIFICATE OF SERVICE

The undersigned says that on **May 29, 2019** (s)he electronically filed a copy of the following document in the above-captioned matter by filing into the Eastern District Court Website:

DOCUMENT(S): *PLAINTIFFS' SIGNED CONSENT TO JOIN CLASS/COLLECTIVE ACTION FORMS*

and that same is being served upon counsel of record via the court's electronic filing and electronic mail notification system as follows:

| | |
|---|---|
| Jerome R. Watson | Watson@millercanfield.com |
| M. Misbah Shahid | Shahid@millercanfield.com |
| Daniel E. Turner | dturner@littler.com |
| Jacqueline Phipps Polito | jpolito@littler.com |
| Tasha K. Inegbenebor | tinegbenebor@littler.com |

Respectfully submitted,

AKEEL & VALENTINE, PLC

/s/:  SHEREEF H. AKEEL
By: Shereef H. Akeel (P54345)
Hasan Kaakarli (P81099)
Adam S. Akeel (P81328)
Attorneys for Plaintiffs
888 West Big Beaver Road, Ste. 420
Troy, MI  48084

Michael L. Pitt (P24429)
Megan A. Bonanni (P52079)
Robert W. Palmer (P31704)
Cary S. McGehee (P42318)
Beth M. Rivers (P33614)
Attorneys for Plaintiffs
117 W. Fourth Street, Ste. 200

5

                                                       Royal Oak, MI 48067
                                                       (248) 398-9800

Dated:  May 29, 2019