UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAN CERJANEC, RODRIGO BRAVO, MARK MODLIN, and WILLIAM WINFREY, on behalf of themselves and all others similarly situated;

Plaintiffs,

v.

FCA US, LLC,

Defendant.

Case No. 17-10619
Honorable Laurie J. Michelson

# ORDER ON PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION [41]

Named Plaintiffs are current and former employees of Fiat Chrysler Automobiles (FCA). They allege that an employee-evaluation policy has a disparate impact on employees aged 55 and older. As a result of this policy, Plaintiffs, and others like them, allegedly received lower evaluation scores which resulted in missed career advancements, bonuses, placement on probation, and, in some cases, termination. Plaintiffs additionally bring individual claims of intentional age discrimination.

Plaintiffs now move to conditionally certify the ADEA collective action. (ECF No. 41.) The motion to conditionally certify is fully briefed (ECF Nos. 41, 66, 78) and the Court held a hearing on the motion on June 7, 2019 and July 19, 2019.

The Court will continue to hold a portion of this motion under advisement regarding Defendant's statute of limitations argument.

IT IS HEREBY ORDERED, for the reasons set forth more fully on the record in the Court's oral ruling, that by Friday, August 2, 2019, the parties will either submit an agreed-upon notice to

potential class members or will provide simultaneous briefing on the portions of the notice that are agreed upon and the portions that are disputed, discussing each side's position.

IT IS FURTHER ORDERED THAT the Court will hold a telephonic status conference on August 12, 2019 at 1:00 PM.

IT IS SO ORDERED.

                                        s/Laurie J. Michelson
                                        LAURIE J. MICHELSON
                                        UNITED STATES DISTRICT JUDGE

Date: July 22, 2019

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on the attorneys and/or parties of record by electronic means or U.S. Mail on July 22, 2019.

                                        s/William Barkholz
                                        Case Manager to
                                        Honorable Laurie J. Michelson